FILED
APR 28 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Honorable Morton Denlow |
| ) | 08 CR 343 |
| YVETTE BELER ) | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant.

Special Agent Todd Di Carlo of the United States Secret Service is the primary source of information for the Complaint, Affidavit, and Arrest Warrant. The Complaint Affidavit details the facts supporting probable cause that Yvette Beler violated federal criminal law, namely, defendant Yvette Beler devised and intended to devise, and participated in, a scheme and artifice to defraud the State of Illinois of money, property, and the intangible right to the honest services of defendant, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises and material omissions, and in furtherance thereof used the United States mails, in violation of Title 18, United States Code, Sections 1341, 1346 and 2. If Yvette Beler were made aware of the facts contained in the Complaint, Affidavit, and Arrest Warrants, then the investigation and the execution of the Arrest Warrant would be jeopardized, including posing a danger to the executing officers and creating a risk of flight.

For the foregoing reasons, the government respectfully requests that the Complaint, Affidavit,

and Arrest Warrant be sealed until the earlier of its execution or May 28, 2008, except that the Secret Service may enter the Arrest Warrant into appropriate criminal databases.

Respectfully submitted,

PATRICK J. FITZGERALD  
United States Attorney

By: _____  
MARGARET HICKEY  
Assistant United States Attorney  
219 South Dearborn Street  
Chicago, Illinois 60604  
(312) 886-7633

DATE: April 28, 2008