## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 343 - 1 | **DATE** | 4/28/2008 |
| **CASE TITLE** |  | USA vs. Yvette Beler | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Yvette Beler. Government's motion to seal complaint, affidavit and arrest warrant until its execution or until 5/28/08, except that the Secret Service may enter the arrest warrant into appropriate criminal database is granted. Enter order.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | DK |
|---|---|---|