UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Honorable Morton Denlow |
| | ) |
| YVETTE BELER | ) 08CR 343 |

**ORDER**

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit, and Arrest Warrant and having demonstrated good cause in support of its motion, specifically, that if Yvette Beler were made aware of the facts contained in the Complaint, Affidavit, and of the issuance of the Arrest Warrant, then the investigation and the execution of the Arrest Warrant would be jeopardized, including posing a danger to the executing officers and creating a risk of flight.

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, and Arrest Warrant be sealed until the earlier of its execution or May 28, 2008, except that the Secret Service may enter the Arrest Warrant into appropriate criminal databases.

ENTER:

_____
MORTON DENLOW
United States Magistrate Judge

DATE: April 28, 2008