# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 343 - 1 | **DATE** | 5/2/2008 |
| **CASE TITLE** | USA vs. Yvette Beler | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 4/29/08 in Springfield, IL. Enter order appointing Donald V. Young to represent defendant. Defendant informed of rights. Defendant waives her right to a preliminary examination. Defendant ordered bound to the District Court for further proceedings.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | DK |
|---|---|---|