

# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

April 30, 2008

Clerk of Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

FILED
MAY 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Central Dist of Illinois Case Number: 08-3022-M
    Northern Dist of Illinois Case Number: 08CR343

Dear Clerk of Court:

Enclosed please find certified copies of all the documents and pleadings, along with a certified copy of the docket sheet in the above titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it our office.

Sincerely,

D. Meadows
Deputy Clerk


Acknowledgment and Receipt:

_____          _____
Signature                              Date

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:08-mj-03022-BGC-1
### Internal Use Only

Case title: USA v. Beler
Other court case number: 08CR343 USA v. Yvette Beler

Date Filed: 04/29/2008
Date Terminated: 04/30/2008

Assigned to: Magistrate Judge Byron G. Cudmore

### Defendant (1)

**Yvette Beler**
*TERMINATED: 04/30/2008*

represented by **Robert Joseph Scherschligt**
FEDERAL PUBLIC DEFENDER
600 E Adams
2nd Floor
Springfield, IL 62701
217-492-5070
Fax: 217-492-5077
Email: Robert_Scherschligt@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

18:1341.F - Beginning no later than March 13, 2008 and continuing through and including April 9, 2008, in Cook

### Disposition

### Disposition

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: D. Meadows
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4/30/2008

### Disposition

County, defendant did devise and intend
to devise a scheme and artifice to
defraud the State of IL in violation of
18:1341, 1346 and 2.

**Plaintiff**

USA                                     represented by **Gregory K Harris**
                                                        US ATTY
                                                        318 S Sixth
                                                        Springfield, IL 62701-1806
                                                        217-492-4450
                                                        Fax: 217-492-4512
                                                        Email: gregory.harris@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2008 | 1 | Rule 5(c)(3) Documents Received as to Yvette Beler consisting of Criminal Complaint and Warrant for Arrest. (DM, ilcd) (Entered: 04/30/2008) |
| 04/29/2008 |   | Arrest (Rule 5) of Yvette Beler. (DM, ilcd) (Entered: 04/30/2008) |
| 04/29/2008 | 2 | WAIVER of Rule 5(c)(3) Hearings by Yvette Beler. (DM, ilcd) (Entered: 04/30/2008) |
| 04/29/2008 |   | Minute Entry for proceedings held before Magistrate Judge Byron G. Cudmore: Initial Appearance in Rule 5(c)(3) Proceedings as to Yvette Beler held on 4/29/2008. AUSA Gregory Harris present on behalf of the Government. Defendant present in custody. Defendant advised of rights and procedures. Assistant Federal Public Defender Robert Scherschligt present and accepts interim appointment. Government recommends release on bond and asks that the case be unsealed regarding the Complaint in the Northern District of Illinois. Court informs Government that the Complaint is within the jurisdiction of the Northern District of Illinois and cannot be unsealed by the Central District of Illinois. The proceedings within the Central District of Illinois are not sealed and open to public scrutiny. Defendant advised of rights. Defendant waives her right to an Identity Hearing and admits she is the defendant wanted out the Northern District of Illinois (08CR343). Defendant waives her right to an Preliminary Hearing and declines a Rule 20 Hearing. Waiver of Removal signed by the Defendant and Defendants attorney and filed of record. Court orders defendant released on a $10,000 O/R Bond. Court orders Assistant Federal Public Defender Robert Scherschligts appointment terminated at this time.(Tape #SP-C 11:31 PM.) (DM, ilcd) (Entered: 04/30/2008) |
| 04/29/2008 | 3 | Appearance Bond Entered as to Yvette Beler in amount of $ 10,000 O/R. (DM, ilcd) (Entered: 04/30/2008) |

| 04/29/2008 | [4](#) | ORDER Setting Conditions of Release as to Yvette Beler (1) $10,000 O/R. Entered by Magistrate Judge Byron G. Cudmore on 04/29/2008. (DM, ilcd) (Entered: 04/30/2008) |
|---|---|---|
| 04/30/2008 |  | (Court only) *** Terminated defendant Yvette Beler, pending deadlines, and motions. (DM, ilcd) (Entered: 04/30/2008) |

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA
V.
Yvette Beler

WAIVER FOR REMOVAL

CASE NUMBER: 08-3022-M

FILED
APR 2 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, __Yvette Beler__, understand that in __Central__ District of __Illinois__, charges are alleging violation __of Mail Fraud__ and that I have been arrested in this District and taken before United States Magistrate Judge Byron G. Cudmore who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, (4) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution, (5) my right to remain silent, (6) the statutory maximum penalties (if applicable), and (7) my right to seek release (bail) if detention is not ordered.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing
(X) preliminary hearing
( ) detention hearing
( ) identity hearing and have been informed I have no right to a preliminary hearing
( ) identity hearing but request a preliminary hearing be held in the prosecuting district
( ) request detention hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I ELECT not to request transfer of these proceedings to the Central District of Illinois pursuant to Rule 20.

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: D. Meadows
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4/30/2008

4-29-08
Date

4-29-08
Date

Defendant: [signature] Yvette Beler

Defense Counsel: [signature]

Accepted by [signature]
Byron G. Cudmore, U.S. Magistrate Judge

AO199A (Rev. 8/94AO 10/96CD/IL) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 08-3022-M |
| YVETTE BELER | ) ) ) |
| Defendant. | ) ) |

**FILED**
APR 2 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at Northern District of Illinois United States Courthouse, 219 South Dearborn Street, Chicago, IL before U.S. Magistrate Judge Morton Denlow on 05/02/2008 at 2:00 p.m.

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(X) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(X) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of <u>Ten Thousand</u> dollars ($ 10,000 O/R ) in the event of a failure to appear as required or violation of any of the other conditions set forth in this order, or to surrender as directed for service of any sentence imposed.

Copies to:   Defendant
Defendant's Attorney
U.S. Marshal
U.S. Attorney
U.S. Probation

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: D. Meadows
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4/30/2008

Page 1 of 4

(4)

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

Date: _____

(X) (7) The defendant shall:
- (X) (a) report on a regular basis to the supervising officer.
- ( ) (b) execute a bond or agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above described .
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ .
- (X) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an educational program.
- ( ) (g) surrender any passport to .
- ( ) (h) . obtain no passport.
- (X) (i) abide by the following restrictions on personal association, place of abode or travel: Travel restricted to CDIL and NDIL Districts.
- ( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: .
- ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:
- ( ) (l) return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment, schooling, or the following limited purpose(s) .
- ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pre-trial services office or supervising officer.
- (X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ( ) (o) refrain from ( ) any ( ) excessive use of alcohol.
- ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (X) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. You shall pay all or part of the cost of the testing based upon your ability to pay as determined by the pretrial office or supervising officer.
- ( ) (r) refrain from use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.
- ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ( ) (t) participate in one of the following home confinement components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial office or supervising officer.
  ( )(i) **Curfew.** You are restricted to your residence everyday ( ) from to , or ( ) as directed by the pretrial services office or supervising officer; or

|     |     |     |
| --- | --- | --- |
| (X) | (u) | ( )(ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer; or<br>( )(iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial office or supervising officer. report within 72 hours, to the pretrial office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. |
| ( ) | (v) |     |
| ( ) | (w) |     |

**Advice of Penalties and Sanctions**

## TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
(Signature of Defendant)

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 4/29/08

_____
Byron G. Cudmore
U.S. Magistrate Judge

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>                        Plaintiff,      )<br>vs.                                                     ) CRIMINAL NO. 08-3022-<br>                                                            )<br>YVETTE BELER                              )<br>                                                            )<br>                        Defendant.  ) | **FILED**<br><br>APR 29 2008<br><br>CLERK OF THE COURT<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

## APPEARANCE BOND

Non-surety:  I, the undersigned defendant, acknowledge that I and my
Surety:         We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of Ten Thousand Dollars ($ 10,000) OWN RECOGNIZANCE.

The conditions of this bond are that the defendant is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on April 29, 2008 at Springfield, Illinois.

Defendant: _[signature: Yvette Beler]_____  Addre

Surety: _____  Address: _____

Surety: _____  Address: _____

Signed and acknowledged before me on April 29, 2008.

_[signature: Pamela E. Robinson]_
Judicial Officer/Clerk

Approved: _[signature]_____
U.S. Magistrate Judge Byron G. Cudmore

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: _[signature: D. Meadows]_
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4/30/2008

③