## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 343 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Yvette Beler | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment or to file an information [11] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from April 29, 2008 to and including May 29, 2008.
X-T

■ [ For further detail see separate order(s).]       Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cr-00343    Document 13    Filed 05/23/2008    Page 1 of 1

08CR343 USA vs. Yvette Beler       Page 1 of 1