## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 343 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Yvette Beler | | |

**DOCKET ENTRY TEXT**

ENTER AMENDED ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from May 29, 2008 to and including June 28, 2008.
X-T

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|