UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**08 CR 343**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   *US v. Yvette Belen   08 CR 343  Denlow*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **JUDGE LEINENWEBER**

3) Is this re-filing of a previously dismissed indictment or information?  NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE DENLOW**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒  YES ☐

6) What level of offense is this indictment or information?   FELONY ☒  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒  YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust ........ (II)
   ☐ Bank robbery ............ (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery ........... (II)
   ☐ Assault ................ (III)
   ☐ Burglary ............... (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ..... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud ............ (II)
   ☐ Postal Fraud ................ (II)
   ☒ Other Fraud ................. (III)
   ☐ Auto Theft .................. (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery .................... (III)
   ☐ Counterfeiting .............. (III)
   ☐ Sex Offenses ............... (II)
   ☐ DAPCA Marijuana ............ (III)
   ☐ DAPCA Narcotics ............ (III)

   ☐ DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws ............. (IV)
   ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Food & Drug Laws ............. (IV)
   ☐ Motor Carrier Act ............. (IV)
   ☐ Selective Service Act ........... (IV)
   ☐ Obscene Mail ................ (III)
   ☐ Other Federal Statutes .......... (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or *information*.

    **18 U.S.C. 1341, 1346 & 2**

**FILED**

JUN 2 6 2008 TC

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Assistant United States Attorney