Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

07 GJ 380

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0343 | DATE | JUNE 26, 2008 |
| CASE TITLE | US v. YVETTE BELER | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL JUNE 2007 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Arlander Key_

DOCKET ENTRY:

# 08 CR 343

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS.

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE DENLOW**

**FILED**
JUN 26 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices |
| | No notices required. | | | Date docketed |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | Date mailed notice |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

DOCKET #